

# WILLIAM G. SCHWAB & ASSOCIATES
Attorneys at Law

811 Blakeslee Blvd Drive East
P.O. Box 56
Lehighton, PA 18235
(610) 377-5200
(570) 704-5330
Fax (610) 377-5209

William G. Schwab*
Adam R. Weaver
Sarah J. Tomlinson

Of Counsel
Vincent R. Garvey, Jr.

Gettysburg House
88 North Franklin Street
Wilkes-Barre, PA 18701

REPLY TO LEHIGHTON

Writer's Direct Email:
schwab@uslawcenter.com

*Board Certified-Business Bankruptcy
American Board of Certification
Named a Pennsylvania Super Lawyer
2007 2009 2010

August 23, 2011

Charles Laputka, Esquire
Laputka Law Offices
442 West Walnut Street
Allentown, PA 18102

RE: Sophia Mujovic
    Chapter 7, Case No. 11-05711-JJT
    Our File No. 1-88

Dear Attorney Laputka:

Please be advised that I have been appointed the Chapter 7 Trustee in the bankruptcy of Sophia Mujovic, in reference to the above-captioned matter.

As such, I noticed that she is getting $3,000 a month income as a result of a non exempt rental property on West Broad Street. Accordingly, I would ask that you forward to me a copy of the lease agreement, liquor license along with the name, address and telephone number of the tenant. While the investigation is taking place, I would ask that the $3,000 rental income be turned over to me forthwith.

Thank you for your cooperation in this matter.

Very sincerely yours,

WILLIAM G. SCHWAB & ASSOCIATES

William G. Schwab

WGS/pjm

8-23-11 PJM Trustee/1-88 543