# Seth Miller

**From:** Dena Kistler [dkistler@uslawcenter.com]
**Sent:** Friday, September 30, 2011 3:08 PM
**To:** 'claputka@laputkalaw.com'
**Subject:** Mujovic Sophia Case # 5-11-05711

Attorney Laputka,

This is a post 341 meeting follow up E-Mail. At the recent 341 meeting the Trustee requested additional information and the turnover of rental payments from the debtor. Requested is a copy of the lease agreement and agreement of Sale and three years of business information including but not limited to Tax Returns, Bank Account Statements and canceled checks.

Dena M. Kistler, Trustee Assistant
William G. Schwab & Associates
P.O. Box 56, Lehighton, PA 18235
(610) 377-5200, Fax (610) 377-5200
dkistler@uslawcenter.com

This e-mail is sent by legal counsel and may contain information that is privileged or confidential. Any unauthorized use of this information is strictly prohibited. If you are not the intended recipient, please delete this e-mail and any attachments and notify by return e-mail or phone at (610) 377-5200. Thank you.