## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**SOPHIA MUJOVIC**

           Debtor(s)

**WILLIAM G SCHWAB, TRUSTEE FOR THE ESTATE OF SOPHIA MUJOVIC**

           Movant(s)

vs.

**SOPHIA MUJOVIC**

           Respondent(s)

Chapter: **7**

Case Number: **5:11-bk-05711 JJT**

Document No.: **14**

Nature of Proceeding: **Motion to Compel Debtor to Turnover Rent Proceeds**

### ORDER SETTING ANSWER AND HEARING DATES

      Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above-referenced Motion shall be made by the moving party on the respondent(s) and counsel and in Chapter 11 cases upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R. 4001-6 within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

      **IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the date of this Order.

      **IT IS FURTHER ORDERED** that a hearing on said Motion will be held:

**DATE:** November 17, 2011  
**TIME:** 9:30 a.m.

**PLACE:** Courtroom No. 2  
Max Rosenn U.S. Courthouse  
197 South Main Street  
Wilkes-Barre, Pennsylvania

By the Court,

*[signature]*

John J. Thomas, Bankruptcy Judge

(BS)

Date: October 13, 2011

---

**Initial requests for a continuance of hearing** ( L.B.F. 9013-4, Request to Continue Hearing/Trial with Concurrence) shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

**Requests to participate in a hearing telephonically** shall be made in accordance with L.B.R. 9074-1(a).

**Electronic equipment**, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

**Photo identification is required upon entering.**

MDPA-AN&HRG.WPT REV 08/11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:

SOPHIA MUJOVIC

Chapter: 7

Case Number: 5:11-bk-05711 JJT

Debtor(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on _____, I served a copy of _____ on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: _____

Name: s/ _____
Printed Name of Attorney
Address: _____
_____